UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 1:24-cv-22149-LIEBOWITZ

TUSHBABY, INC.,

    Plaintiff,

v.

FLEEROSE, a foreign corporation,

    Defendant.

## NOTICE OF FILING PROPOSED SUMMONS

Plaintiff Tushbaby, Inc., through counsel, hereby gives notice of its filing of a proposed summons for issuance by the Clerk.

Dated: August 29, 2024

    Respectfully submitted,

    **James M. Slater**
    James M. Slater (FBN 111779)
    ESCA Legal PLLC
    9000 Dadeland Blvd. #1500
    Miami, Florida 33156
    Tel. (305) 523-9023
    james@esca.legal

    *Attorneys for Plaintiff Tushbaby, Inc.*