UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22149

TUSHBABY, INC.,

    Plaintiff,

v.

FLEEROSE, a Foreign Corporation,

    Defendant.

### PLAINTIFF'S MOTION FOR WITHDRAWAL AS TO ERIC MAURER AND JAMES LEE AS ATTORNEYS OF RECORD FOR PLAINTIFF

Attorneys for Plaintiff, Eric Maurer, Esq. and James Lee, Esq., of the law firm BOIES SCHILLER FLEXNER LLP, respectfully move for an order from this Court permitting the withdrawal of Eric Maurer, Esq. and James Lee, Esq. from the above-styled action. James M. Slater of the law firm ESCA LEGAL PLLC, shall remain in the above-styled action and continue to represent Plaintiff.

1

## CERTIFICATE OF COMPLIANCE WITH LR 7.1(a)(3)

The undersigned counsel for Plaintiff hereby certifies that Plaintiff has complied with the attorney-conference requirement of Local Rule 7.1(a)(3). Specifically, I have conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion.

Dated: September 6, 2024  Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ James W. Lee*
James W. Lee (FL Bar No. 67558)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 357-8436
E-mail: jwlee@bsfllp.com

Eric Maurer (Admitted *Pro Hac Vice*)
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 274-1151
E-mail: emaurer@bsfllp.com

*Attorneys for Plaintiff TushBaby, Inc.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 6, 2024, I electronically filed the foregoing document with the Clerk of Court in accordance with CM/ECF procedures.

By: */s/ James W. Lee*
James W. Lee