**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 1:24-cv-22149

TUSHBABY, INC.,

    Plaintiff,

v.

FLEEROSE, a Foreign Corporation,

    Defendant.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO WITHDRAW ERIC MAURER AND JAMES LEE AS ATTORNEYS OF RECORD FOR PLAINTIFF**

**THIS MATTER** comes before the Court on Plaintiff's Motion for Withdrawal as to Eric Maurer, Esq. and James Lee, Esq. from Boies Schiller Flexner LLP as Attorneys of Record for Plaintiff. Plaintiff requests that Eric Maurer, Esq. and James Lee, Esq. be withdrawn as attorneys of record from this action. Having reviewed Plaintiff's Motion and the record, it is hereby:

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. Eric Maurer, Esq. and James Lee, Esq. shall be withdrawn as attorneys of record from this action. All other counsel of record on behalf of Plaintiff shall remain as counsel.

**DONE AND ORDERED** in Miami, Florida this \_\_\_\_ day of _____, 2024.

                                                   **HONORABLE DAVID S. LEIBOWITZ**
                                                   **UNITED STATES DISTRICT JUDGE**

Copies to: All Counsel of Record