UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:24-cv-22149-LEIBOWITZ

TUSHBABY, INC.,

    Plaintiff,

v.

FLEEROSE,

    Defendant.

_____/

### DECLARATION OF LEO M. LICHTMAN

I, Leo M. Lichtman, pursuant to 28 U.S.C. § 1746, state as follows:

1. I am counsel of record in this case for Plaintiff Tushbaby, Inc.

2. I am over the age of 18, and I have personal knowledge of the facts set forth in this declaration.

3. The purpose of this declaration is to set forth Plaintiff's compliance with the Court's August 20, 2024 Order [ECF No. 12] regarding alternative service on Defendant Fleerose.

4. On September 3, 2024, I served a copy of the Complaint, its exhibits, the Civil Cover Sheet, the Summons, and the August 20, 2024 Order by email to James Liu at jamesliulaw@gmail.com and to Defendant Fleerose's Amazon.com email address at huizhiym@outlook.com.

5. In light of the Court's August 20, 2024 Order, we engaged counsel in China to assist with providing notice to Defendant Fleerose via publication. According to Chinese counsel, Defendant Fleerose was located in the Shandong Province in China.

6. On September 11, 2024, the Shandong Economic Herald provided the following notice to Defendant Fleerose, which was translated into Mandarin:

NOTICE TO DEFENDANT FLEEROSE/QINGDAO HUIZHI YANGMING TRADING CO., LTD.

Please be advised that a case has been filed against you in the United States District Court for the Southern District of Florida, captioned Tushbaby, Inc. v. Fleerose, No. 1:24-cv-22149. You are hereby advised that the Plaintiff is seeking a judicial declaration that it has not infringed U.S. Design Patent No. D1,024,542 and that the patent is invalid. A copy of the Complaint and other legal documents was served on you and your attorney by email at jamesliulaw@gmail.com and huizhiym@outlook.com on September 3, 2024 pursuant to court order. If you would like to request another copy of the Complaint or any other legal documents, you may do so from Plaintiff's attorneys, Leo M. Lichtman (leo@esca.legal) and James Slater (james@esca.legal).

Pursuant to the federal rules, any answer or other response to the Complaint should be filed with the Clerk of Court, United States District Court for the Southern District of Florida within twenty-one (21) days of September 3, 2024.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2024 in New York, New York.

Leo M. Lichtman