UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22149-LEIBOWITZ

TUSHBABY, INC.,

   *Plaintiff*,

v.

FLEEROSE,

   *Defendant.*

_____/

### ORDER GRANTING MOTION TO REOPEN CASE

**THIS CAUSE** is before the Court on Plaintiff Tushbaby, Inc.'s Motion to reopen this case [ECF No. 18] (the "Motion"), filed on September 12, 2024. Upon due consideration, it is hereby

**ORDERED and ADJDUDGED** as follows:

1. The Motion [**ECF No. 18**] is **GRANTED**.

2. *The Clerk* is DIRECTED to reopen this case.

**DONE AND ORDERED** in the Southern District of Florida this 12th day of September, 2024.



DAVID S. LEIBOWITZ
UNITED STATES DISTRICT JUDGE

cc: counsel of record