UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 1:24-cv-22149

TUSHBABY, INC.,

    Plaintiff,

v.

FLEEROSE, a Foreign Corporation,

    Defendant.

**CERTIFICATE OF SERVICE**

I certify and declare that I am over the age of 18 years; my business address is Boies Schiller Flexner, LLP, 100 SE 2nd Street, Suite 2800, Miami, FL 33131. I am duly admitted to practice before the courts of the State of Florida and the United States District Court for the Southern District of Florida.

On September 11, 2024, in compliance with the Court's Order dated September 11, 2024, Boies Schiller Flexner LLP emailed a copy of the Court's Order granting Plaintiff's Motion to Withdraw as Counsel, to Tamara Rant, CEO of TushBaby, Inc. (Dkt No. 17).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

2

Dated: September 13, 2024

Respectfully submitted,

**BOIES SCHILLER FLEXNER LLP**

*/s/ James W. Lee*
James W. Lee (FL Bar No. 67558)
100 SE 2nd Street, Suite 2800
Miami, FL 33131
Telephone: (305) 357-8436
E-mail: jwlee@bsfllp.com

*Attorney for Plaintiff TushBaby, Inc.*