UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:24-cv-22149-DSL

**Tushbaby, Inc.**,
Plaintiff,
v.

**Fleerose,**
Defendant.

_____/

## NOTICE OF APPEARANCE

Please take notice that Jianyin Liu, Esq., on behalf of Law Offices of James Liu PLLC hereby enters his appearance as counsel for the defendant Fleerose.

Jianyin Liu designates the following email addresses, for service of all documents required to be served in this proceeding:

Primary E-Mail Addresses: jamesliulaw@gmail.com;

Secondary E-Mail Address: jianyin.cdc@gmail.com.

Dated: Oct. 15, 2024

/s/ Jianyin Liu
Jianyin Liu, Esq.
FBN: 1007675
jamesliulaw@gmail.com
The Law Offices of James Liu PLLC
15750 SW 92nd Ave Unit 20C
Palmetto Bay, FL 33157
Ph: (305) 209 6188

### CERTIFICATE OF SERVICE

I certify that this document has been served to all parties on record via CM/ECF on this

Oct. 15, 2024.

/s/ Jianyin Liu