UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO.: 1:24-cv-22149

**Tushbaby, Inc**.,

Plaintiff,

v.

**Fleerose,**

Defendant.

_____/

NOTICE OF FILING EXHIBITS

Defendant Fleerose hereby files the Exhibit "A" and "B" of the Motion to Consolidate [DE 22].

Dated: Oct. 16, 2024

        /s/ Jianyin Liu
        Jianyin Liu, Esq.
        FBN: 1007675
        jamesliulaw@gmail.com
        The Law Offices of James Liu PLLC
        15750 SW 92nd Ave Unit 20C
        Palmetto Bay, FL 33157
        Ph: (305) 209 6188

CERTIFICATE OF SERVICE

I certify that this document has been served to all parties on record via CM/ECF on this Oct. 16, 2024.

        /s/ Jianyin Liu